JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| SCREEN ACTORS GUILD–AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS,<br><br>            Petitioner,<br><br>    v.<br><br>GOLDADE PRODUCTIONS INC.,<br><br>            Respondent. | Case No. 2:14-cv-04843-ODW(MANx)<br><br>**JUDGMENT FOR PETITIONER SCREEN ACTORS GUILD–AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS** |

   In light of the findings of fact and conclusions of law contained in the Court's July 17, 2014 Order Granting in Part Motion for Order Confirming Arbitration Award (ECF No. 10), the Court **ORDERS** that the Clerk of Court enter judgment as follows:

   1. Judgment for PETITIONER SCREEN ACTORS GUILD–AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS and against RESPONDENT GOLDADE PRODUCTIONS INC.;

   2. The Court confirms the June 25, 2010 arbitration award issued by Arbitrator Sara Adler in the amount of $113,188.20 and all costs of collecting and distributing the required payments;

/ / /

3. The Court awards PETITIONER SCREEN ACTORS GUILD–AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS $400.00 in costs; and

4. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

July 18, 2014

_____
                **OTIS D. WRIGHT, II**
           **UNITED STATES DISTRICT JUDGE**